O-send



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 06-955-AHM |
| Plaintiff, | ORDER OF DETENTION |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Angel Marino Medina-Linares | |
| Defendant. | |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central Dist of Cal._ for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A. (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _prior deportation; present allegations; no known_

1 | bail resources; unknown background information
2 |
3 |
4 | and/or
5 | B.   (X)  The defendant has not met his/her burden of establishing by
6 | clear and convincing evidence that he/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: Criminal history
10 | present charges
11 |
12 |
13 |
14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated: 2/13/09
18 |
19 | _____
20 | UNITES STATES MAGISTRATE JUDGE

2